IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONWIDE PROPERTY AND<br>CASUALTY INSURANCE COMPANY | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | |
| KAREN MATTIS, *et al.* | : | NO. 12-CV-6130 |

### **O R D E R**

AND NOW, this   6th   day of May, 2014, IT IS HEREBY ORDERED that Nationwide's motion for summary judgment (Doc. # 33) is DENIED.

A telephone conference is scheduled for   6/3/14 @ 11:00 a.m.   . Counsel for Nationwide shall initiate the call.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.